# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VICTOR YAKUBETS and | : | |
| CAFÉ NOSTALGIE, INC., | : | |
| Defendants. | : | NO. 12-4583 |

## ORDER

AND NOW, this 16th day of September, 2013, upon consideration of Plaintiff Joe Hand Promotions, Inc.'s Motion for Default Judgment (Docket No. 7), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion is DENIED, with prejudice as to the claim under 47 U.S.C. § 605 and without prejudice as to the claim for conversion.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1